TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA T. RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a domestic business entity d/b/a/ BOULDER STATION CASINO; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-00594-GMN-CWH<br><br>**STIPULATION TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE** |

    COMES NOW, Plaintiff, MARIA T. RODRIGUEZ, by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant STATION CASINOS, LLC a domestic business entity d/b/a/ BOULDER STATION CASINO, by and through its counsel Martina Jaccarino, Esq., who do hereby stipulate to the dismissal of this entire action with prejudice.  Each party shall bear its

///

///

///

///

///

///

///

1

own costs and fees.

| Respectfully submitted by: | Respectfully submitted by: |
|---|---|
| Dated: December 17, 2015 | Dated: December 17, 2015 |
| /s/ Trevor J. Hatfield | /s/ Martina Jaccarino |
| _____ | _____ |
| Trevor J. Hatfield, Esq.<br>HATFIELD & ASSOCIATES, LTD.<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | Martina Jaccarino<br>JACCARINO LAW FIRM, LTD.<br>871 Coronado Center Drive, Suite 200<br>Las Vegas, NV 89052<br>Attorneys for Defendant |

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

December 18, 2015

_____
United States District Judge

### Certificate of Service

I certify that on the _____ day of December, 2015, I electronically filed the foregoing PLAINTIFF'S CERTIFICATE OF SERVICE OF STIPULATION TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this _____ day of December, 2015.

**HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2